

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00633-CV

**IN RE J.P.N.**

Original Mandamus Proceeding[1]

**ORDER**

     In accordance with this court's opinion of this date, the trial court's Order on Ability to Afford Costs is AFFIRMED. Relator is ordered to: (1) pay, or make arrangements to pay, for the reporter's record within fifteen days from the date of this order; and (2) file written verification of such payments or payment arrangements with this court no later than the 15th day after the date of this order.

     It is so **ORDERED** on January 31, 2018.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009-CI-06183, styled *In the Interest of J.T.N. and J.T.A.N.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.